# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD PETROCINE** and **AMMIE PETROCINE,**
Appellants,

v.

**OCWEN LOAN SERVICING, LLC,** and **U.S. BANK NATIONAL ASSOCIATION,** not in its individual capacity but solely as Trustee of OWS Remic Trust 2015-1,
Appellees.

No. 4D16-2330

[July 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 2011CA005513XXXXMB.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellants.

Margaret E. Kepler and Debbie Satyal of Adams and Reese LLP, Fort Lauderdale, for appellee U. S. Bank National Association.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***